IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| SHA'KEIMA DAVIS, | |
| Plaintiff, | 4:15-CV-3160 |
| vs. | JUDGMENT |
| CORRECT CARE SOLUTIONS, LLC, | |
| Defendant. | |

On the parties' Joint Stipulation of Dismissal (filing 38), this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated this 12th day of April, 2017.

BY THE COURT:

*/s/ John M. Gerrard*
John M. Gerrard
United States District Judge